Rachael Lamkin (CA Bar No. 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St Ste 3200,
San Francisco, California 94111
Telephone: (415) 291-6264
Facsimile:  (415) 291-3645

Paul Morico (TX Bar No. 792053) (*pro hac vice* pending)
paul.morico@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 229-1732
Facsimile:  (713) 229-7732

Emily Pyclik (TX Bar No. 24110240) (*pro hac vice* pending)
emily.pyclik@bakerbotts.com
BAKER BOTTS L.L.P.
401 S 1st Street, Suite 1300
Austin, Texas 78704
Telephone: (512) 322-2615
Facsimile:  (512) 322-3615

*Attorneys for Applicant Oxford Nanopore Technologies plc*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLICATION OF OXFORD NANOPORE TECHNOLOGIES plc for issuance of subpoenas under 28 U.S.C. § 1782 | Case No.: 24-mc-80227<br><br>**DECLARATION OF EMILY PYCLIK IN SUPPORT OF EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782** |

I, Emily Pyclik, make the following declaration:

1.      I am an attorney licensed to practice law in the State of Texas. I have been a member of the Texas State bar since November of 2018. I am currently employed as Senior Associate in the Austin office of Baker Botts LLP ("Baker Botts") and am counsel to Oxford

Nanopore Technologies plc ("Oxford Nanopore"). I therefore have personal knowledge of the facts stated below. My *pro hac vice* application for admission to this Court is forthcoming.

2. I make this declaration in support of Oxford Nanopore's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Shifeng Li, Hemanth Kanekal, Complete Genomics, Inc. ("Complete Genomics"), Innomics Inc. ("Innomics"), and MGI Americas, Inc. ("MGI Americas") (collectively, "Respondents") for use in foreign proceedings (the "Application").

3. Attached hereto as **Exhibit A** is a true and correct copy of Oxford Nanopore's Device Purchase Terms and Conditions that BGI agreed to, dated February 5, 2019.

4. Attached hereto as **Exhibit B** is a true and correct copy of a Certificate of Amendment from the Massachusetts Secretary of State, dated June 15, 2023, showing that BGI Americas Corp. changed its name to Innomics Inc.

5. Attached hereto as **Exhibit C** is a true and correct copy of a social media post dated August 21, 2024, accessed from https://x.com/AlbertVilella/status/1826169047060250869 on September 6, 2024.

6. Attached hereto as **Exhibit D** is a true and correct copy of a document published by the US Department of Commerce, listing the Entity List compiled by the Bureau of Industry and Security. This document is dated March 2, 2023, and I accessed it from https://public-inspection.federalregister.gov/2023-04558.pdf on June 10, 2024.

7. Attached hereto as **Exhibit E** is a true and correct copy of a news article dated March 2, 2023, available on the CNN Business website, accessed from https://www.cnn.com/2023/03/02/business/us-blacklist-bgi-chinese-genetics-surveillance-companies-intl-hnk/index.html on May 27, 2024.

8. Attached hereto as **Exhibit F** is a true and correct copy of US Patent Application No. 17/922,656, titled "System and Apparatus for Nanopore Single Molecule Sequencing" (the "'656 Patent Application").

9. Attached hereto as **Exhibit G** is a true and correct copy of patent application

publication no. 2019/0088463 on which Shifeng Li is listed as a named inventor.

10. Attached hereto as **Exhibit H** is a true and correct print-out copy of the LinkedIn profile of Shifeng Li, accessed from https://www.linkedin.com/in/shifeng-li-74360013 on May 27, 2024.

11. Attached hereto as **Exhibit I** is a true and correct print-out copy of a portion of the website of BGI Americas, accessed from https://bgiamericas.com/bgi-shenzhen-completes-acquisition-of-complete-genomics/ on July 16, 2024.

12. Attached hereto as **Exhibit J** is a true and correct print-out copy of a portion of the website of BGI, accessed from https://www.bgi.com/us/news/video/bgi%E2%80%99s-mgi-tech-launches-two-new-ngs-platforms on July 16, 2024.

13. Attached hereto as **Exhibit K** is a true and correct print-out copy of a portion of the website of MGI, accessed from https://en.mgi-tech.com/about/ on May 24, 2024.

14. Attached hereto as **Exhibit L** is a true and correct copy of a brochure published by BGI entitled "Trans-omics For A Better Life."

15. Attached hereto as **Exhibit M** is a true and correct print-out copy of a portion of the website of Complete Genomics, accessed from https://www.completegenomics.com/about-us/ on May 24, 2024.

16. Attached hereto as **Exhibit N** is a true and correct print-out copy of the LinkedIn profile of Yongwei Zhang, accessed from https://www.linkedin.com/in/yongwei-zhang-45b7504 on May 27, 2024.

17. Attached hereto as **Exhibit O** is a true and correct print-out copy of the LinkedIn profile of Ke Zhan, accessed from https://www.linkedin.com/in/kezhan on May 27, 2024.

18. Attached hereto as **Exhibit P** is a true and correct print-out copy of the LinkedIn profile of Yuhan Zhang, accessed from https://www.linkedin.com/in/yuhanzhang18 on May 27, 2024.

19. Attached hereto as **Exhibit Q** is a true and correct print-out copy of a portion of the website of MGI, accessed from https://mgi-tech.eu/en on July 16, 2024.

20. Attached hereto as **Exhibit R** is a true and correct print-out copy of the LinkedIn profile of Abigail Frank, accessed from https://www.linkedin.com/in/abbyrfrank on May 27, 2024.

21. Attached hereto as **Exhibit S** is a true and correct print-out copy of a portion of the website of MGI Americas, accessed from https://www.mgiamericas.com/shop/?orderby=price-desc on May 24, 2024.

22. Attached hereto as **Exhibit T** is a true and correct print-out copy of a news release dated June 17, 2017, available on the website of BGI, accessed from https://www.bgi.com/us/news/video/bgi-announces-global-innovation-center-on-west-coast on May 24, 2024.

23. Attached hereto as **Exhibit U** is a true and correct print-out copy of a news release dated May 30, 2019, available on the website of BGI, and accessed from https://www.bgi.com/us/news/video/bgi-announces-mass-spectrometry-services-from-new-mass-spec-center-in-san-jose on May 28, 2024.

24. Attached hereto as **Exhibit V** is a true and correct copy of Exhibit A of Addendum #1 of the contract between Oxford Nanopore and BGI Tech, dated August 17, 2017.

25. Attached hereto as **Exhibit W** is a true and correct copy of the Nanopore Community Terms and Conditions, dated September 9, 2016.

26. Attached hereto as **Exhibit X** is a true and correct copy of the GridION Terms and Conditions, dated August 8, 2017.

27. Attached hereto as **Exhibit Y** is a true and correct copy of the Nanopore Product Terms and Conditions, dated August 17, 2017.

28. Attached hereto as **Exhibit Z** is a true and correct copy of the Metrichor Terms of Use, dated August 8, 2017.

29. Attached hereto as **Exhibit AA** is a true and correct copy of the MinKnow/Metrichor Epi2me Agent EULA, dated August 8, 2017.

30. Attached hereto as **Exhibit AB** is a true and correct copy of Exhibit A of

Addendum #1 of the contract between Oxford Nanopore and Beijing Genomics Institute at Shenzhen, dated November 28, 2018. Exhibits AB and V provide the list of Permitted Persons as follows:

- Hui Jiang
- Jianxun Lin
- Guangyi Fan
- Lidong Guo
- Li Deng
- Wenchao Wang
- Yinlong Xie
- Kui Wu
- Ji Yi
- Nannan Li
- Xiaofang Chen
- Zhaohui Wang
- Guoli Zhu
- Limin Chen
- Xing Shi
- Ou Wang
- Weimao Wang
- Minfeng Xiao
- Ziqing Deng
- Wenchen Song
- Liao Chang
- Wenjia Liu
- Guoli Fu
- Linfeng Yang
- Chong Tang
- Ye Xu
- Yue Cai
- Tai Chen
- Tianming Lan
- Linfeng Yang
- Chong Tang
- Zhe Lin
- Tianquan Deng
- Lijuan He
- Xin Yang
- Shixuan Chen
- Qianhua Zhu
- Weitian Chen
- Yinqi Bai

- Changshou He
- Mei Guo
- Juan Wang
- Yulong Qiao
- Zhichao Chen
- Hongying Cheng
- Haitao Wang
- Chuanwen Wu
- Rongfang Zhou
- Chen Liu
- Bei Luo
- Biao Huang
- Zhou Lv
- Fei Ding
- Yin Long
- Tiantian Qiu
- Wenqian Su
- Yanqiu Zhou

31. Attached hereto as **Exhibits AC-AD** are true and correct copies of a webpage obtained on August 30, 2024 from https://mp.weixin.qq.com/s/E3D8EBSwm5_08QCkJm6-qA. **Exhibit AC** is a true and correct copy of the Chinese webpage, and **Exhibit AD** is a true and correct copy of the English translation obtained using Google Translate on that webpage.

32. Attached hereto as **Exhibit AE** is a true and correct copies of an example patent application where both Permitted and Nonpermitted People are listed as inventors, as depicted in the chart below. From Exhibits V and AB, the following persons are Permitted Persons listed as inventors on the patents and patent applications in the chart below: Biao Huang, Rongfang Zhao, Chen Liu, and Yanqui Zhou.

| **Related Application by Permitted and Nonpermitted Persons** | | | | |
|---|---|---|---|---|
| **Exhibit #** | **Filing Date and Claimed Priority Dates** (and which application priority is claimed to) | **Patent or Publication Number** | **Applicant(s) and Current Assignees** | **Names and Locations of Inventors (from face of patent/ application)** <br> ***Indicates Permitted Person** |
| AE | September 20, 2019 | WO2021/051378 | WUHAN BGI CLINICAL LABORATORY CO., LTD. | Zhou, Rongfang* (Hubei, CN) <br> Huang, Biao* (Hubei, CN) <br> Liu, Chen* (Hubei, CN) <br> Zhou, Yanqiu* (Hubei, CN) <br> Huang, Jin (Hubei, CN) <br> Tian, Zhijian (Hubei, CN) |

33. Attached hereto as **Exhibit AF** is a true and correct copy of a copy of the Nanopore Product Terms and Conditions, dated November 28, 2018.

34. Attached hereto as **Exhibits AG-AH** are true and correct copies of MAP Terms and Conditions. MAP stands for MinION Access Programme. **Exhibit AG** is a true and correct copy of US MAP Terms and Conditions dated June 18, 2014. **Exhibit AH** is a true and correct copy of MAP Terms and Conditions dated June 18, 2014 for the UK and rest of the world.

35. Attached hereto as **Exhibit AJ** is a true and correct copy of a 2024 Statement of Information filed by Complete Genomics with the California Secretary of State.

36. Attached hereto as **Exhibit AK** is a true and correct copy of a 2023 Statement of Information filed by MGI Americas with the California Secretary of State.

37. Attached hereto as **Exhibit AL** is a true and correct copy of a 2022 Annual Report for BGI Americas Corp. from the Massachusetts Secretary of State.

38. Attached hereto as **Exhibit AM** is a true and correct print-out copy of a portion of the website of BGI, accessed from https://www.bgi.com/us/mass-spec-services/mass-spectrometry/ on May 24, 2024.

39. Attached hereto as **Exhibit AN** is a true and correct copy of a Salesforce Case showing communications between Oxford Nanopore and BGI.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2024 in Austin, Texas.

By: /s/ Emily Pyclik
Emily Pyclik (TX Bar No. 24110240)
(*pro hac vice* pending)
emily.pyclik@bakerbotts.com
BAKER BOTTS L.L.P.
401 S 1st Street, Suite 1300
Austin, Texas 78704
Telephone: (512) 322-2615
Facsimile: (512) 322-3615

*Attorney for Applicant Oxford Nanopore Technologies plc*