1  Rachael Lamkin (CA Bar No. 246066)
   rachael.lamkin@bakerbotts.com
2  BAKER BOTTS L.L.P.
   101 California St Ste 3200,
3  San Francisco, California 94111
   Telephone: (415) 291-6264
4  Facsimile:  (415) 291-3645

5  Paul Morico (TX Bar No. 792053) (*pro hac vice*
   pending)
6  paul.morico@bakerbotts.com
   BAKER BOTTS L.L.P.
7  910 Louisiana Street, Suite 3200
   Houston, Texas 77002
8  Telephone: (713) 229-1732
   Facsimile:  (713) 229-7732
9
   Emily Pyclik (TX Bar No. 24110240) (*pro hac vice*
10 pending)
   emily.pyclik@bakerbotts.com
11 BAKER BOTTS L.L.P.
   401 S 1st Street, Suite 1300
12 Austin, Texas 78704
   Telephone: (512) 322-2615
13 Facsimile:  (512) 322-3615

14 *Attorneys for Applicant Oxford Nanopore Technologies plc*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re APPLICATION OF Oxford Nanopore Technologies plc for issuance of subpoenas under 28 U.S.C. § 1782 | Case No. 24-mc-80227<br><br>**PETITIONER OXFORD NANOPORE TECHNOLOGIES PLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, Petitioner Oxford Nanopore Technologies plc ("Oxford Nanopore") hereby moves to have the Court to seal certain materials containing confidential contract provisions, which are considered confidential at least by Oxford Nanopore as identified in the table below.

| Documents Proposed to Be Sealed | Portion(s) | Designating Party | Reason for Sealing |
|---|---|---|---|
| Exhibit A to Pyclik Declaration (A copy of Oxford Nanopore's Device Purchase Terms and Conditions that BGI agreed to, dated February 5, 2019) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit V to Pyclik Declaration (A copy of Exhibit A of Addendum #1 of the contract between Oxford Nanopore and BGI Tech, dated August 17, 2017) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit W to Pyclik Declaration (A copy of the Nanopore Community Terms and Conditions, dated September 9, 2016) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit X to Pyclik Declaration (A copy of the GridION Terms and Conditions, dated August 8, 2017) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit Y to Pyclik Declaration (A copy of the Nanopore Product Terms and Conditions, dated August 17, 2017) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit Z to Rachael Lamkin Declaration (A copy of the Metrichor Terms of Use, dated August 8, 2017) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit AA to Pyclik Declaration (A copy of the MinKnow/Metrichor | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |

| Documents Proposed to Be Sealed | Portion(s) | Designating Party | Reason for Sealing |
|---|---|---|---|
| Epi2me Agent EULA, dated August 8, 2017) | | | |
| Exhibit AB to Pyclik Declaration (A copy of Exhibit A of Addendum #1 of the contract between Oxford Nanopore and Beijing Genomics Institute at Shenzhen, dated November 28, 2018) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit AF to Pyclik Declaration (A copy of the Nanopore Product Terms and Conditions, dated November 28, 2018. | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit AG to Pyclik Declaration (A copy of US MAP Terms and Conditions dated June 18, 2014) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit AH to Pyclik Declaration (A copy of MAP Terms and Conditions for the UK and rest of the world dated June 18, 2014) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |
| Exhibit 3 to Coulson Declaration (copies of Annexes 5-6 to the Letter of claim, which are Oxford Nanopore contracts) | Entirety | Oxford Nanopore | This is a contract containing confidential terms that constitute sensitive business information. |

This motion is further supported by the Declaration of Rachael Lamkin ("Lamkin Declaration") in Support of Oxford Nanopore's Administrative Motion to File Under Seal and a Proposed Order. This motion is narrowly tailored to seal materials necessary and able to overcome the presumption in favor of access to court records.

Dated: September 9, 2024         Respectfully submitted,

                                             **BAKER BOTTS L.L.P.**

                                             */s/ Rachael Lamkin*
                                             Rachael Lamkin (CA Bar No. 246066)
                                             rachael.lamkin@bakerbotts.com

|   |   |
|---|---|
| 1 | BAKER BOTTS L.L.P. |
| 2 | 101 California St Ste 3200, |
|   | San Francisco, California 94111 |
| 3 | Telephone: (415) 291-6264 |
|   | Facsimile:  (415) 291-3645 |

Paul Morico (TX Bar No. 792053) (pro hac vice pending)
paul.morico@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 229-1732
Facsimile:  (713) 229-7732

Emily Pyclik (TX Bar No. 24110240) (pro hac vice pending)
emily.pyclik@bakerbotts.com
BAKER BOTTS L.L.P.
401 S 1st Street, Suite 1300
Austin, Texas 78704
Telephone: (512) 322-2615
Facsimile:  (512) 322-3615

*Attorneys for Applicant Oxford Nanopore Technologies plc*