Rachael Lamkin (CA Bar No. 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St Ste 3200,
San Francisco, California 94111
Telephone: (415) 291-6264
Facsimile:  (415) 291-3645

Paul Morico (TX Bar No. 792053) (*pro hac vice*)
paul.morico@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 229-1732
Facsimile:  (713) 229-7732

Emily Pyclik (TX Bar No. 24110240) (*pro hac vice*)
emily.pyclik@bakerbotts.com
BAKER BOTTS L.L.P.
401 S 1st Street, Suite 1300
Austin, Texas 78704
Telephone: (512) 322-2615
Facsimile:  (512) 322-3615

*Attorneys for Applicant Oxford Nanopore Technologies plc*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re APPLICATION OF OXFORD NANOPORE TECHNOLOGIES plc for issuance of subpoenas under 28 U.S.C. § 1782 | Case No.: 24-mc-80227<br><br>**APPLICANT'S NOTICE OF WITHDRAWAL OF APPLICATION AND DISMISSAL OF ACTION WITHOUT PREJUDICE** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Applicant Oxford Nanopore Technologies plc hereby withdraws its Application for an Order Pursuant to 28 USC § 1782 Granting Leave to Obtain Discovery and dismisses the action without prejudice in its entirety.

DATED: November 3, 2024

By: */s/ Rachael Lamkin*
Rachael Lamkin (CA Bar No. 246066)
rachael.lamkin@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St Ste 3200
San Francisco, California 94111
Telephone: (415) 291-6264
Facsimile:  (415) 291-3645

Paul Morico (TX Bar No. 792053) (*pro hac vice*)
paul.morico@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street, Suite 3200
Houston, Texas 77002
Telephone:  (713) 229-1732
Facsimile:  (713) 229-7732

Emily Pyclik (TX Bar No. 24110240) (*pro hac vice*)
emily.pyclik@bakerbotts.com
BAKER BOTTS L.L.P.
401 S 1st Street, Suite 1300
Austin, Texas 78704
Telephone:  (512) 322-2615
Facsimile:  (512) 322-3615

*Attorneys for Applicant Oxford Nanopore Technologies plc*